# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, ) <br> as Receiver for Acorn Technology Fund, L.P., ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> SMITH, STRATTON, WISE, ) <br> HEHER & BRENNAN, LLP; ) <br> RICHARD J. PINTO; MARSHA L. NOVICK; ) <br> JOHN B. TORKELSEN; RICHARD D. PROPPER; ) <br> LEIF TORKELSEN; R. WOOD TATE; ) <br> CHRISTINE SWEENEY; ) <br> ACORN TECHNOLOGY PARTNERS, LLC; ) <br> PRINCETON TECHNOLOGY ) <br> MANAGEMENT, LLC; ) <br> ACORN CONNECTICUT INVESTMENTS, LP; ) <br> DANIEL P. BEHARRY ) <br> ) <br> Defendants. ) | C.A. No. 1:06-mc-00471-EGS <br><br> Related Case No. 05-190 <br> in the U.S. District Court for <br> the Eastern District of <br> Pennsylvania (Judge Giles) <br><br> NOTICE OF FILING REPORT |

---

## NOTICE OF FILING REPORT AS DIRECTED BY THE COURT

As directed by the Court by Minute Order, the movant in this matter, the U.S. Small Business Administration, hereby files as its Report the attached proposed Stipulation for resolution of this proceeding.

Respectfully submitted this 10th day of May, 2007

U.S. Small Business Administration:

By: _____/s/_____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
D.C. Bar No. 463532
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

<b><u>CERTIFICATE OF SERVICE</u></b>

  I hereby certify that on this date, I caused a true and correct copy of the foregoing document and attached proposed Stipulation to be served by United States First Class Mail, postage prepaid, upon all counsel of record in the trial court matter, C.A. No-190 (which also includes counsel who issued the subpoenas), and unrepresented parties at the addresses listed:

Robert Mintz, Esq.
Alitia Facone, Esq.
Steven A. Beckelman, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056

Alexander Kerr, Esq.
Lisa M. Salazar, Esq.
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Joseph M. Fioravanti, Esq.
217 North Monroe Street
P.O. Box 1826
Media, PA 19063

Stephen D. Brown, Esq.
Thomas H. Lee, II, Esq.
Patricia A. McCausland, Esq.
DECHERT, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Robert N. de Luca, Esq.
4 Wingstone Lane
Devon, PA 19333


Patrick K. McCoyd, Esq.
Matthew Newcomer, Esq.
POST & SCHELL
4 Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

John B. Torkelsen, pro se
350 South River Road
Apartment A-14
New Hope, PA 18938

Leif Torkelsen, pro se
3029 Green Arbor Lane
Dublin, Ohio 43107

R. Wood Tate, pro se
237 Elm Road
Princeton, NJ 08540

Acorn Technology Partners, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Princeton Technology Management, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Christopher Rooney, Esq.
Anne Peterson, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509


Dated: May 10th, 2007


By: _____/s/_____
  Thomas W. Rigby

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION,<br>as Receiver for Acorn Technology Fund, L.P.,<br><br>Plaintiff,<br><br>v.<br><br>SMITH, STRATTON, WISE,<br>HEHER & BRENNAN, LLP;<br>RICHARD J. PINTO; MARSHA L. NOVICK;<br>JOHN B. TORKELSEN; RICHARD D. PROPPER;<br>LEIF TORKELSEN; R. WOOD TATE;<br>CHRISTINE SWEENEY;<br>ACORN TECHNOLOGY PARTNERS, LLC;<br>PRINCETON TECHNOLOGY<br>MANAGEMENT, LLC;<br>ACORN CONNECTICUT INVESTMENTS, LP;<br>DANIEL P. BEHARRY<br><br>Defendants. | C.A. No. 1:06-mc-00471-EGS<br><br>Related Case No. 05-190<br>in the U.S. District Court for<br>the Eastern District of<br>Pennsylvania (Judge Giles)<br><br>STIPULATION |

STIPULATION TO STAY PROCEEDINGS
AND DEFERRING TO TRIAL COURT

As directed by the Court, the movant in this matter, the U.S. Small Business Administration ("SBA") hereby reports the following proposed resolution of this proceeding under the following stipulation:

This matter was opened upon a motion by SBA for Stay, Protective Order and Deferral with respect to certain subpoenas issued through this Court by attorneys for Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") in an underlying litigation matter, SBA as Receiver for Acorn Technology Fund, L.P. v. Smith Stratton, et al., C.A. No. 05-190

(Judge Giles), in the U.S. District Court for the Eastern District of Pennsylvania. SBA and the Smith Stratton Defendants hereby stipulate as follows:

1. That the Court defer to the trial court in the underlying matter, the U.S. District Court for the Eastern District of Pennsylvania, C.A. No. 05-190 (Judge Giles), to resolve discovery issues concerning the subpoenas issued through this Court by counsel for the Smith Stratton Defendants to S. Mark Mead, Thomas Morris, Johnny Kitts, William Malloy, Walter Peterson and Charles Sjoquist.

2. That this proceeding is stayed until further Order of the Court.

**STIPULATED AND AGREED:**

U.S. Small Business Administration:

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
Andrea L. Mayer, Trial Attorney
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick

By: _____
Robert A. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

**SO ORDERED.**

DATED: _____     BY: _____
JUDGE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE