IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Acorn Technology Fund, L.P., <br><br> Plaintiff, <br><br> v. <br><br> SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP; RICHARD J. PINTO; MARSHA L. NOVICK; JOHN B. TORKELSEN; RICHARD D. PROPPER; LEIF TORKELSEN; R. WOOD TATE; CHRISTINE SWEENEY; ACORN TECHNOLOGY PARTNERS, LLC; PRINCETON TECHNOLOGY MANAGEMENT, LLC; ACORN CONNECTICUT INVESTMENTS, LP; DANIEL P. BEHARRY <br><br> Defendants. | C.A. No. 1:06-mc-00471-EGS <br><br> Related Case No. 05-190 in the U.S. District Court for the Eastern District of Pennsylvania (Judge Giles) <br><br> STIPULATION |

### STIPULATION TO STAY PROCEEDINGS
### AND DEFERRING TO TRIAL COURT

As directed by the Court, the movant in this matter, the U.S. Small Business Administration ("SBA") hereby reports the following proposed resolution of this proceeding under the following stipulation:

This matter was opened upon a motion by SBA for Stay, Protective Order and Deferral with respect to certain subpoenas issued through this Court by attorneys for Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") in an underlying litigation matter, <u>SBA as Receiver for Acorn Technology Fund, L.P. v. Smith Stratton, et al.</u>, C.A. No. 05-190

(Judge Giles), in the U.S. District Court for the Eastern District of Pennsylvania. SBA and the Smith Stratton Defendants hereby stipulate as follows:

1. That the Court defer to the trial court in the underlying matter, the U.S. District Court for the Eastern District of Pennsylvania, C.A. No. 05-190 (Judge Giles), to resolve discovery issues concerning the subpoenas issued through this Court by counsel for the Smith Stratton Defendants to S. Mark Mead, Thomas Morris, Johnny Kitts, William Malloy, Walter Peterson and Charles Sjoquist.

2. That this proceeding is stayed until further Order of the Court.

STIPULATED AND AGREED:

U.S. Small Business Administration:

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
Andrea L. Mayer, Trial Attorney
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick

By: _____
Robert A. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

SO ORDERED.

DATED: 5/14/07    BY: _____
JUDGE EMMET G. SULLIVAN
UNITED STATES DISTRICT COURT JUDGE