IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Acorn Technology Fund, L.P., <br><br>Plaintiff,<br><br>v.<br><br>SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP; RICHARD J. PINTO; MARSHA L. NOVICK; JOHN B. TORKELSEN; RICHARD D. PROPPER; LEIF TORKELSEN; R. WOOD TATE; CHRISTINE SWEENEY; ACORN TECH. PARTNERS, LLC; PRINCETON TECH. MANAGEMENT, LLC; ACORN CONNECTICUT INVESTMENTS, LP; DANIEL P. BEHARRY<br><br>Defendants. | C.A. No. 1:06-mc-00471-EGS<br><br>Related Case No. 05-190 in the U.S. District Court for the Eastern District of Pennsylvania (Judge Giles)<br><br>JOINT STATUS REPORT |

**JOINT STATUS REPORT AS DIRECTED BY THE COURT**

By Minute Order entered August 30, 2007, the Court directed the U.S. Small Business Administration ("SBA") and Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") to submit a joint status report and recommendation for future proceedings by no later than October 15, 2007. SBA and the Smith Stratton Defendants respectfully submit the following Joint Report:

1.   On May 17, 2007, this Court entered a Stipulation between SBA and the Smith Stratton Defendants that stayed this proceeding and deferred resolution of this discovery matter to the underlying Trial Court in the United States District Court for the Eastern District of Pennsylvania, C.A. No. 05-0190.

2. Subsequently, SBA and the Smith Stratton Defendants agreed to a stipulation in the Trial Court to resolve the discovery dispute over the deposition of William Malloy. The stipulation was submitted to the Trial Court on August 14, 2007. A copy is attached as **Exhibit 1**.

3. The deposition of William Malloy, an SBA employee, is currently scheduled for the second week of December of this year. It is possible, but not certain, that the deposition of William Malloy may be the only deposition that the Smith Stratton Defendants will seek. The Smith Stratton Defendants reserve the right to seek additional depositions of current or former SBA employees. Disputes, if any, over additional SBA depositions would be decided in the Trial Court.

4. SBA and the Smith Stratton Defendants therefore recommend that: (i) the stay remain in place; (ii) the Trial Court in Philadelphia continue to resolve disputes, if any, over this discovery matter between SBA and the Smith Stratton Defendants concerning the depositions of current or former SBA employees; and (iii) SBA and the Smith Stratton Defendants will report back to this Court after the deposition of William Malloy as to recommended next steps.

Respectfully submitted this 12th day of October, 2007

U.S. Small Business Administration:

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
D.C. Bar No. 463532
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick

By: /s/
Robert A. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document and attached proposed Stipulation to be served by United States First Class Mail, postage prepaid, upon all counsel of record in the trial court matter, C.A. No-190 (which also includes counsel who issued the subpoenas), and unrepresented parties at the addresses listed:

Alitia Facone, Esq.
Steven A. Beckelman, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056

Alexander Kerr, Esq.
Lisa M. Salazar, Esq.
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Joseph M. Fioravanti, Esq.
217 North Monroe Street
P.O. Box 1826
Media, PA 19063

Stephen D. Brown, Esq.
Thomas H. Lee, II, Esq.
Patricia A. McCausland, Esq.
DECHERT, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Robert N. de Luca, Esq.
4 Wingstone Lane
Devon, PA 19333

Patrick K. McCoyd, Esq.
Matthew Newcomer, Esq.
POST & SCHELL
4 Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

John B. Torkelsen, pro se
350 South River Road
Apartment A-14
New Hope, PA 18938

Leif Torkelsen, pro se

3029 Green Arbor Lane
Dublin, Ohio 43107

R. Wood Tate, pro se
237 Elm Road
Princeton, NJ 08540

Acorn Technology Partners, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Princeton Technology Management, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Christopher Rooney, Esq.
Anne Peterson, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509

Dated: October 12, 2007

By: ___/s/___
Thomas W. Rigby

**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Acorn Technology Fund, L.P., | ) ) ) | C.A. No. 05-190 |
| Plaintiff, | ) ) | (GILES, C.J.) |
| v. | ) ) | ORDER |
| SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP, et al., | ) ) ) | |
| Defendants. | ) ) | |

## AGREED PROTECTIVE ORDER FOR DEPOSITION OF

## WILLIAM H. MALLOY, III

AND NOW, this _____ day of _____, 2007, Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") and non-party U.S. Small Business Administration ("SBA") hereby stipulate and agree to the following conditions and protections for the deposition to be taken of SBA employee William H. Malloy, III:

1. Unless otherwise agreed in writing by SBA, the deposition of William H. Malloy, III may only be taken under the following protective conditions and limitations: (a) the deposition is limited to a total of seven hours; (b) the deposition shall be conducted in Washington, D.C. at a place, date and time mutually convenient to the witnesses, SBA, the Smith Stratton Defendants and other parties in this litigation.

2. In addition, William H. Malloy, III may refuse to answer any question or questions concerning any of the following: (a) matters that do not specifically concern an allegation made in the Complaint or Amended Third-Party Complaint filed in this civil action or any pleadings or affidavits in the matters of United States v. Acorn Technology Fund, L.P., C.A.

No. 03-0070 (JTG) or United States v. Torkelsen, et al., C.A. No. 03-0060 (JTG); (b) events occurring outside of the time period January 1, 1995 through January 17, 2003; (c) information or documents other than those which SBA received from, or transmitted to, or had communications regarding, a person or persons not employed by the United States Government; (d) matters concerning any unofficial or unpublished interpretations, discussions or thoughts about any SBA or other federal policy, practice, regulation or statute; (e) matters concerning any internal deliberations within SBA; (f) matters that are hypothetical or call for speculation; (g) matters involving civil or criminal law enforcement issues of the U.S. Department of Justice, any of its offices or of SBA's Office of Inspector General.

3. Nothing in this Order shall limit SBA and/or any deponents in asserting any applicable privileges.

BY THE COURT:

_____
HON. JAMES T. GILES
UNITED STATES DISTRICT COURT JUDGE

Stipulated and Agreed this 30 day of July, 2007 by:

United States Small Business Administration

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third St., S.W.
Washington, D.C. 20416

The Smith/Stratton Defendants

By: _____
Robert A. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102

2