IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Acorn Technology Fund, L.P., <br><br> Plaintiff, <br><br> v. <br><br> SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP; RICHARD J. PINTO; MARSHA L. NOVICK; JOHN B. TORKELSEN; RICHARD D. PROPPER; LEIF TORKELSEN; R. WOOD TATE; CHRISTINE SWEENEY; ACORN TECH. PARTNERS, LLC; PRINCETON TECH. MANAGEMENT, LLC; ACORN CONNECTICUT INVESTMENTS, LP; DANIEL P. BEHARRY <br><br> Defendants. | C.A. No. 1:06-mc-00471-EGS <br><br> Related Case No. 05-190 in the U.S. District Court for the Eastern District of Pennsylvania (Judge Giles) <br><br><br> SECOND JOINT STATUS REPORT |

**JOINT STATUS REPORT AS DIRECTED BY THE COURT**

By Minute Order entered October 16, 2007, the Court directed the U.S. Small Business Administration ("SBA") and Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") to submit a second joint status report and recommendation for future proceedings by no later than January 3, 2008. SBA and the Smith Stratton Defendants respectfully submit the following Joint Report:

1.      On May 17, 2007, this Court entered a Stipulation between SBA and the Smith Stratton Defendants that stayed this proceeding and deferred resolution of this discovery matter to the underlying Trial Court in the United States District Court for the Eastern District of Pennsylvania, C.A. No. 05-0190.

ME1 7004861v.3

2.    The Court ordered that SBA and the Smith Stratton Defendants submit a joint status report no later than October 15, 2007. The report was filed October 12, 2007.

3.    SBA and the Smith Stratton Defendants reported, among other things, that they had agreed to a stipulation to resolve the discovery dispute over the deposition of William Malloy; that the deposition of William Malloy, an SBA employee, was scheduled for the second week of December of 2007; and that disputes would be resolved by the Trial Court in Philadelphia.

4.    At the time, SBA and the Smith Stratton Defendants expected that the terms of an Order by the Trial Court on the sequence of depositions, whereby depositions by defendants of SBA employees such as Mr. Malloy would occur only after depositions of all defendants had been taken by the Plaintiff-Receiver, would be met. A copy of the Trial Court's Order is attached as **Exhibit 1**.

5.    Subsequent to the first joint status report, defendants other than the Smith Stratton Defendants altered the deposition schedule such that they would not be completed by the second week of December of 2007. SBA and the Smith Stratton Defendants therefore currently plan for the deposition of Mr. Malloy to go forward on a mutually convenient date after the other depositions of defendants are completed by the Plaintiff-Receiver in accordance with Exhibit 1. The Plaintiff-Receiver, the Defendants and SBA are working toward a revised schedule for completion of all depositions. The Trial Court's current fact discovery deadline is <u>March 7, 2008</u>.

6.    At this time, in addition to William Malloy, the Smith Stratton Defendants anticipate taking the depositions of the following current or former SBA employees: Mark

2

Mead; Walter Peterson; Ronald Cibolski; and Mitchell Greenberg and/or Ruth Phillips. Disputes, if any, over these additional SBA depositions would be decided in the Trial Court.

7.   SBA and the Smith Stratton Defendants therefore recommend that: (i) the stay remain in place; (ii) the Trial Court in Philadelphia continue to resolve disputes, if any, over this discovery matter between SBA and the Smith Stratton Defendants concerning the subpoenas; and (iii) SBA and the Smith Stratton Defendants will report back to this Court after the deposition of William Malloy as to recommended next steps.

Respectfully submitted this 3rd day of Jan, 2008

U.S. Small Business Administration:

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
D.C. Bar No. 463532
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick

By: _____
Robert A. Mintz — Alitia Faccone
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

3

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document and attached proposed Stipulation to be served by United States First Class Mail, postage prepaid, upon all counsel of record in the trial court matter, C.A. No-190 (which also includes counsel who issued the subpoenas), and unrepresented parties at the addresses listed on the above-stated date:

Alitia Facone, Esq.
Steven A. Beckelman, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056

Alexander Kerr, Esq.
Lisa M. Salazar, Esq.
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Joseph M. Fioravanti, Esq.
217 North Monroe Street
P.O. Box 1826
Media, PA 19063

Stephen D. Brown, Esq.
Luke Pazicky, Esq.
Thomas H. Lee, II, Esq.
Patricia A. McCausland, Esq.
DECHERT, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Robert N. de Luca, Esq.
4 Wingstone Lane
Devon, PA 19333

Patrick K. McCoyd, Esq.
Matthew Newcomer, Esq.
POST & SCHELL
4 Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

John B. Torkelsen, pro se
350 South River Road
Apartment A-14
New Hope, PA 18938

Leif Torkelsen, pro se
3029 Green Arbor Lane
Dublin, Ohio 43107

R. Wood Tate, pro se
237 Elm Road
Princeton, NJ 08540

Acorn Technology Partners, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Princeton Technology Management, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Christopher Rooney, Esq.
Anne Peterson, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509

By: ____/s/____
      Thomas W. Rigby

4

ME1 7004861v.3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Acorn Technology Fund, L.P., : : : Plaintiff, : v. : : SMITH STRATTON, WISE, HEHER & BRENNAN, LLP., et al., : : Defendants. : | CIVIL ACTION NO. 05-00190 |

## ORDER

AND NOW, this 25th day of September, 2007, upon consideration of the Receiver's Motion for a Protective Order to Set Scheduling of SBA Depositions (Doc. No. 130), it is hereby ORDERED that the aforesaid motion is GRANTED. It is further ORDERED as follows:

1. The conditions that the court set forth at the October 31, 2006 hearing in the above-captioned matter regarding requirements for the taking of SBA depositions and concerning statements, reliance, relevance, and authority, shall continue to apply.

2. The depositions of any SBA employees shall be taken after the Receiver has deposed the Defendants.

3. To the extent that SBA depositions of any current or former SBA employee are taken by counsel for Defendants, such depositions must be taken in accordance with the Receiver's offer of availability of the SBA employees, that is, the depositions shall be scheduled during the third week of October and the first two

weeks of December 2007, and shall be taken at a location convenient to the SBA employees.

BY THE COURT:

S/ James T. Giles
_____
J.