IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, )<br>as Receiver for Acorn Technology Fund, L.P., )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>)<br>v. )<br>)<br>SMITH, STRATTON, WISE, HEHER )<br>& BRENNAN, LLP; RICHARD J. PINTO; )<br>MARSHA L. NOVICK; JOHN B. TORKELSEN; )<br>RICHARD D. PROPPER; LEIF TORKELSEN; )<br>R. WOOD TATE; CHRISTINE SWEENEY; )<br>ACORN TECH. PARTNERS, LLC; )<br>PRINCETON TECH. MANAGEMENT, LLC; )<br>ACORN CONNECTICUT INVESTMENTS, LP; )<br>DANIEL P. BEHARRY )<br>)<br>Defendants. ) | C.A. No. 1:06-mc-00471-EGS<br><br>Related Case No. 05-190<br>in the U.S. District Court for<br>the Eastern District of<br>Pennsylvania (Judge Giles)<br><br><br><br><br>THIRD JOINT<br>STATUS REPORT |

**THIRD JOINT STATUS REPORT AS DIRECTED BY THE COURT**

By Minute Order entered January 14, 2008, the Court directed the U.S. Small Business Administration ("SBA") and Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") to submit a third joint status report and recommendation for future proceedings by no later than March 14, 2008. SBA and the Smith Stratton Defendants respectfully submit the following Third Joint Report:

1.  The SBA and the Smith Stratton Defendants had hoped that the deposition of William Malloy would have been completed by this date, but it has not been. The scheduling of William Malloy's deposition has been especially problematic because of factors outside of the control of either the SBA or the Smith Stratton Defendants.

1

2.      As identified in the Second Joint Status Report filed in this matter, by Order of the Trial Court, Mr. Malloy's deposition can be taken only after the Plaintiff-Receiver has completed its depositions of the defendants. The defendants whose conduct resulted in that Order (i.e., not the Smith Stratton Defendants), did not agree to a schedule for their own depositions to be completed by the Receiver before February 28, 2008.

3.      Scheduling has also required several sets of counsel to attempt to agree to dates, i.e., counsel in addition to counsel for the SBA and the Smith Stratton Defendants. Subsequent to the prior Joint Status Report, other defendants in the Trial Court hired new co-counsel who requested a sixty (60) day extension of fact discovery. The Trial Court's deadline for fact discovery was extended from March 7, 2008 to May 8, 2008. The various blackout dates of the other counsel have made the scheduling of all depositions complex, of which Mr. Malloy is only one among many.

4.      SBA and the Smith Stratton Defendants therefore still currently plan for the deposition of Mr. Malloy to go forward on a mutually convenient date. Given the variety of blackout dates and scheduling matters to be resolved, it is likely that Mr. Malloy's deposition will not be taken before sometime in April or the first week of May of this year. The Plaintiff-Receiver, the Defendants and SBA are working toward a revised schedule for completion of all depositions.

5.      At this time, in addition to William Malloy, the Smith Stratton Defendants anticipate taking the depositions of the following current or former SBA employees: Mark Mead; Walter Peterson; Ronald Cibolski; and Mitchell Greenberg and/or Ruth Phillips. In addition, the Smith Stratton Defendants may participate in the depositions of any other current or former SBA employees who may be deposed by other parties to this

litigation. Disputes, if any, over these additional SBA depositions would be decided in the Trial Court.

6.  SBA and the Smith Stratton Defendants therefore recommend that: (i) the stay remain in place; (ii) the Trial Court in Philadelphia continue to resolve disputes, if any, over this discovery matter between SBA and the Smith Stratton Defendants concerning the subpoenas; and (iii) SBA and the Smith Stratton Defendants will report back to this Court after the completion of fact discovery, currently scheduled to conclude on May 8, 2008, as to recommended next steps.

Respectfully submitted this 14th day of March, 2008

U.S. Small Business Administration:

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
D.C. Bar No. 463532
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick

By: _____
Robert A. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

3

ME1 7004861v.3

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served by United States First Class Mail, postage prepaid, upon all counsel of record in the trial court matter, C.A. No-05-190, and unrepresented parties at the addresses listed on the above-stated date:

Alitia Facone, Esq.
Steven A. Beckelman, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056

Alexander Kerr, Esq.
Lisa M. Salazar, Esq.
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Joseph M. Fioravanti, Esq.
217 North Monroe Street
P.O. Box 1826
Media, PA 19063

Stephen D. Brown, Esq.
Luke Pazicky, Esq.
Thomas H. Lee, II, Esq.
Patricia A. McCausland, Esq.
DECHERT, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Robert N. de Luca, Esq.
4 Wingstone Lane
Devon, PA 19333

Patrick K. McCoyd, Esq.
Matthew Newcomer, Esq.
POST & SCHELL
4 Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

Matthew White, Esq.
M. Norman Goldberger, Esq.
Shara Alpern, Esq.
Hangley, Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19102

John B. Torkelsen, pro se
350 South River Road
Apartment A-14
New Hope, PA 18938

John B. Torkelsen, pro se
Fed. Reg. No. 28537-1000
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507-1000

Leif Torkelsen, pro se
3029 Green Arbor Lane
Dublin, Ohio 43107

R. Wood Tate, pro se
237 Elm Road
Princeton, NJ 08540

Acorn Technology Partners, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Princeton Technology Management, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

ME1 70048861v.3

Christopher Rooney, Esq.
Anne Peterson, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509


By: _____/s/_____
    Thomas W. Rigby

ME1 7004861v.3