IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION, as Receiver for Acorn Technology Fund, L.P., <br><br> Plaintiff, <br><br> v. <br><br> SMITH, STRATTON, WISE, HEHER & BRENNAN, LLP; RICHARD J. PINTO; MARSHA L. NOVICK; JOHN B. TORKELSEN; RICHARD D. PROPPER; LEIF TORKELSEN; R. WOOD TATE; CHRISTINE SWEENEY; ACORN TECH. PARTNERS, LLC; PRINCETON TECH. MANAGEMENT, LLC; ACORN CONNECTICUT INVESTMENTS, LP; DANIEL P. BEHARRY <br><br> Defendants. | C.A. No. 1:06-mc-00471-EGS <br><br> Related Case No. 05-190 in the U.S. District Court for the Eastern District of Pennsylvania (Judge Giles) <br><br><br><br> FOURTH JOINT STATUS REPORT |

**FOURTH JOINT STATUS REPORT AS DIRECTED BY THE COURT**

By Minute Order entered March 14, 2008, the Court directed the U.S. Small Business Administration ("SBA") and Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Marsha Novick (collectively, the "Smith Stratton Defendants") to submit a fourth joint status report and recommendation for future proceedings by no later than May 22, 2008. SBA and the Smith Stratton Defendants respectfully submit the following Fourth Joint Report:

1. The Deposition of William Malloy was taken by the Smith Stratton Defendants on Saturday, May 3, 2008.

2. A settlement agreement was entered into between the Smith Stratton Defendants and the U.S. Small Business Administration, as Receiver for Acorn Technology Fund, L.P., on May 6, 2008.

3.   SBA and the Smith Stratton Defendants respectfully report that this matter in this Court concerning Smith Stratton's deposition subpoenas to current and former SBA employees has been concluded as a result of the settlement. SBA and the Smith Stratton Defendants respectfully recommend that this matter be closed with each side bearing its own costs, fees and expenses.

Respectfully submitted this 22nd day of May, 2008

U.S. Small Business Administration

By: _____
Thomas W. Rigby, Chief Counsel for SBIC Liquidation
D.C. Bar No. 463532
Office of General Counsel, 7th Floor
U.S. Small Business Administration
409 Third Street, S.W.
Washington, D.C. 20416
Tel. (202) 619-1610

Smith, Stratton, Wise, Heher & Brennan, LLP, Richard Pinto and Martha Novick

By: _____
Robert A. Mintz
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel. (973) 622-4444

2

MEI 7400026v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused a true and correct copy of the foregoing document to be served by United States First Class Mail, postage prepaid, upon all counsel of record in the trial court matter, C.A. No-05-190, and unrepresented parties at the addresses listed on the above-stated date:

Alitia Facone, Esq.
Steven A. Beckelman, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102-4056

Alexander Kerr, Esq.
Lisa M. Salazar, Esq.
McCARTER & ENGLISH, LLP
Mellon Bank Center
1735 Market Street, Suite 700
Philadelphia, PA 19103

Joseph M. Fioravanti, Esq.
217 North Monroe Street
P.O. Box 1826
Media, PA 19063

Stephen D. Brown, Esq.
Luke Pazicky, Esq.
Thomas H. Lee, II, Esq.
Patricia A. McCausland, Esq.
DECHERT, LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

Robert N. de Luca, Esq.
4 Wingstone Lane
Devon, PA 19333

Patrick K. McCoyd, Esq.
Matthew Newcomer, Esq.
POST & SCHELL
4 Penn Center
1600 JFK Boulevard
Philadelphia, PA 19103

Matthew White, Esq.
M. Norman Goldberger, Esq.
Shara Alpern, Esq.
Hangley, Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19102

John B. Torkelsen, pro se
350 South River Road
Apartment A-14
New Hope, PA 18938

John B. Torkelsen, pro se
Fed. Reg. No. 28537-1000
FCI Morgantown
P.O. Box 1000
Morgantown, WV 26507-1000

Leif Torkelsen, pro se
3029 Green Arbor Lane
Dublin, Ohio 43107

R. Wood Tate, pro se
237 Elm Road
Princeton, NJ 08540

Acorn Technology Partners, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

Princeton Technology Management, LLC
c/o Richard Pinto, Esquire
STEVENS & LEE, P.C.
600 College Road East
Suite 4400
Princeton, NJ 08540

3

ME1 7400026v.1

John B. Torkelsen, Pro Se
Reg. #28537-016
Feeral Detention Center
P.O. Box 562
Philadelphia, PA 19105


Christopher Rooney, Esq.
Anne Peterson, Esq.
Carmody & Torrance, LLP
195 Church Street
P.O. Box 1950
New Haven, Connecticut 06509



By: _____/s/_____
    Thomas W. Rigby

ME1 7400026v.1